IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DEMERT BRANDS, LLC, a Florida limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SUNDIAL BRANDS LLC, a New York limited liability company, <br><br> Defendant. | CASE NO. 8:21-CV-01199-SDM-AAS <br><br> Hon. Steven Merryday |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff DeMert Brands, LLC and Defendant Sundial Brands LLC, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to and dismiss the above-entitled action with prejudice, each party to bear its own costs and attorneys' fees.

Dated: January 24, 2022

Respectfully submitted,

| | |
|---|---|
| **CAREY, O'MALLEY, WHITAKER, MUELLER, ROBERTS & SMITH, P.A.** | **DUANE MORRIS LLP** |
| */s/Michael R. Carey* | */s/Harvey W. Gurland, Jr.* |
| Michael R. Carey<br>Florida Bar No. 259187<br>Email: mcarey@careomalley.com<br>712 S. Oregon Avenue<br>Tampa, FL 33606<br>Telephone: (813) 250-0577 | Harvey W. Gurland, Jr., P.A.<br>Florida Bar No. 284033<br>Email: HWGurland@duanemorris.com<br>201 S. Biscayne Boulevard, Suite 3400<br>Miami, FL 33131-4325<br>Telephone: (305) 960-2200 |
| and | and |
| **PERKINS COIE LLP** | Gregory P. Gulia*<br>New York Bar No. 2562916<br>Email: GPGulia@duanemorris.com<br>Vanessa C. Hew*<br>New York Bar No. 4093175<br>Email: VCHew@duanemorris.com<br>1540 Broadway<br>New York, NY 10036-4086<br>Telephone: (212) 692-1000 |
| */s/William C. Rava*<br>William C. Rava*<br>Washington Bar No. 29948<br>Jacob P. Dini*<br>Washington Bar No. 54115<br>Email: WRava@perkinscoie.com<br>JDini@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: 206-359-8000 | |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| **Attorneys for Plaintiff DeMert Brands, LLC** | **Attorneys for Defendant Sundial Brands LLC** |

# CERTIFICATE OF SERVICE

I hereby certify that on the date mentioned below, a copy of the foregoing was served via the Court's electronic notice to all counsel of record.

January 24, 2022

**CAREY, O'MALLEY, WHITAKER, MUELLER, ROBERTS & SMITH, P.A.**

*/s/Michael R. Carey*
Michael R. Carey
Florida Bar No. 259187
Email: mcarey@careomalley.com
712 S. Oregon Avenue
Tampa, FL 33606
Telephone: (813) 250-0577

and

**PERKINS COIE LLP**

*/s/William C. Rava*
William C. Rava*
Washington Bar No. 29948
Jacob P. Dini*
Washington Bar No. 54115
Email:  WRava@perkinscoie.com
         JDini@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000

*Admitted Pro Hac Vice*

***Attorneys for Plaintiff DeMert Brands, LLC***

155536484.3