UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEMERT BRANDS, LLC,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-1199-SDM-AAS

SUNDIAL BRANDS, LLC,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 41), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 26, 2022.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE